UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Warlin Antonio Mateo Tejeda     Docket No. 5:22-CR-48-2D

### Petition for Action on Supervised Release

COMES NOW Cierra M. Wallace, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Warlin Antonio Mateo Tejeda, who, upon an earlier plea of guilty to Conspiracy to Commit Offenses Against the United States, in violation of 18 U.S.C. § 371 and Aggravated Identity Theft and Aiding and Abetting, in violation of 18 U.S.C. §§ 1028A(a)(1), 1028A(b)(2) and 2, was sentenced by the Honorable James C. Dever III, U.S. District Judge, on March 6, 2023, to the custody of the Bureau of Prisons for a term of 30 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 24 months.

Warlin Antonio Mateo Tejeda was released from custody on October 25, 2024, at which time the term of supervised release commenced.

On February 18, 2025, a Petition for Action was submitted to the court, reporting the defendant had used marijuana. It was recommended that a drug treatment condition be added to address his substance use. The court agreed, and supervision was continued.

On April 10, 2025, a Violation Report was submitted to the court, reporting the defendant had used marijuana. The defendant was reprimanded for his continued drug use, and cognitive interventions were also utilized. It was recommended that no court action be taken to allow the defendant time to engage in substance abuse treatment, along with increased supervision. The court agreed, and supervision was continued.

On May 9, 2025, a Petition for Action was submitted to the court reporting the defendant had used marijuana. It was recommended that he participate in the Location Monitoring Program for 45 days. The court agreed and supervision was continued.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On October 14, 2025, the defendant submitted a positive urinalysis for marijuana. When confronted, he admitted to using and signed an admission of use form. He was verbally admonished for his continued use and cognitive interventions were utilized to address his criminal thinking behaviors. In lieu of revocation, it is recommended that he be ordered to participate in the location monitoring program, curfew, for 60 days.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 60 consecutive days. The defendant is restricted to his residence during the curfew hours. The defendant shall submit to the following Location Monitoring: GPS monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer. The defendant must pay all of the cost of the program.

Except as herein modified, the judgment shall remain in full force and effect.

Warlin Antonio Mateo Tejeda
Docket No. 5:22-CR-48-2D
Petition For Action
Page 2

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |

/s/ Mark Culp
Mark Culp
Supervising U.S. Probation Officer

/s/ Cierra M. Wallace
Cierra M. Wallace
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 910-679-2034
Executed On: October 24, 2025

### ORDER OF THE COURT

Considered and ordered this __27__ day of __October__, 2025, and ordered filed and made a part of the records in the above case.

James C. Dever III
U.S. District Judge